KAREN R. GOODMAN                                    The Honorable:              JACQUELINE P. COX
SHEFSKY & FROELICH, LTD.                            Chapter 7
111 EAST WACKER DRIVE, SUITE 2800                  Location          _____
CHICAGO, IL 60601                                  Hearing Date:  _____
312-527-4000                                       Hearing Time:  _____


                              Chapter 7 Trustee


                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

      In re:  PATHMANN , STEVEN M.              §       Case No. 08-14500
              PATHMANN, LYNN E.                 §
                                                §
                                                §
Debtors                                         §

         CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
       REPORT AND CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
        ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

       KAREN R. GOODMAN, Chapter 7 Trustee, submits this Final Account, Certification
that the Estate has been Fully Administered and Application to be Discharged.

       1)  All funds on hand have been distributed in accordance with the Trustee's Motion for
Authority to Waive Filing of Trustee's Final Report, Distribute Funds to Priority Creditors and to
Close Case and the Order of the Court dated April 5, 2011, a copy of which is attached hereto.
The case is fully administered and all assets and funds which have come under the trustee's
control in this case have been properly accounted for as provided by law. The trustee hereby
requests to be discharged from further duties as a trustee.

       2)  A summary of assets abandoned, assets exempt, total distributions to claimants,
claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00<br>(*without deducting any secured claims*) | Assets Exempt:  $45,300.00 |
| Total Distribution to Claimants:  $0.00 | Claims Discharged<br>Without Payment:  $995,629.02 |
| Total Expenses of Administration:  $48,516.28 | |

       3)  Total gross receipts of $  48,516.28  (see Exhibit 1), minus funds paid to the debtor
and third parties of $     0.00     (see Exhibit 2), yielded net receipts of $48,516.28 from the
liquidation of the property of the estate, which was distributed as follows:


UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,464,363.76 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 50,501.70 | 48,890.25 | 48,516.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 995,629.02 | 995,629.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,510,494.48 | $1,044,519.27 | $48,516.28 |

4)  This case was originally filed under Chapter 7 on June 05, 2008. The case was pending for 41 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2011 _____   By: /s/KAREN R. GOODMAN _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  08-14500 |
| PATHMANN, STEVEN M. and LYNN E., | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING WAIVER OF TRUSTEE'S FINAL REPORT, DISTRIBUTION OF FUNDS TO PRIORITY CREDITORS AND CLOSING OF CASE**

THIS MATTER COMING ON TO BE HEARD on the Trustee's Motion for Authority to Waive the Filing of Trustee's Final Report, Distribute Funds to Priority Creditors and Close Case; Notice having been given to the Debtor, the U.S. Trustee and the priority creditors in this case, and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED as follows:

A. Notice of this Motion to the Debtor, the U.S. Trustee and the priority creditors is deemed sufficient;

B. The Trustee is authorized to distribute all remaining proceeds of the Estate to the U.S. Trustee and Trustee in this case;

C. The filing of the Trustee's Final Report in this case is waived;

D. The Trustee is directed to file a Final Account with the U.S. Trustee upon receipt of a zero balance bank statement; and

E. The Clerk of the Bankruptcy Court is directed to close this case after the Trustee's Final Account is filed.

ENTERED

APR - 5 2011

Enter:

**Judge Jacqueline P. Cox**
United States Bankruptcy Court

Honorable Jacqueline Cox

United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

Karen R. Goodman (#1008242)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000
(312)275-7570

Rev: 20101008_bko

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Balance of May rent - partial payment of June re | 1122-000 | 1,000.00 |
| Dec '08 Rent for Chicago Beef and Dog less $195 | 1122-000 | 545.00 |
| JANUARY'S RENT | 1122-000 | 2,195.00 |
| Partial payment of June rent | 1122-000 | 500.00 |
| Partial payment of May rent | 1122-000 | 1,000.00 |
| Reimbursement of $127.85 to Village of Lake Zuri | 1290-000 | 455.92 |
| 520 West Main Street (Route 22) Beneficial inter | 1110-000 | 9,240.00 |
| 2004 Lincoln Aviator | 1129-000 | 2,200.00 |
| State Farm Life Insurance policy # LF11013120 | 1129-000 | 2,222.82 |
| Insurance proceeds for 108 Stone Marsh | 1290-000 | 29,153.05 |
| Interest Income | 1270-000 | 4.49 |
| **TOTAL GROSS RECEIPTS** | | **$48,516.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 -4 | Chase Home Finance LLC | 4110-000 | N/A | 509,162.97 | 0.00 | 0.00 |
| 18 | America's Servicing Company | 4110-000 | N/A | 120,041.53 | 0.00 | 0.00 |
| 25 -2 | HSBC Bank USA NA | 4110-000 | N/A | 780,597.42 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| 27 | Midwest Bank and Trust Company | 4110-000 | N/A | 276,431,429.27 | 0.00 | 0.00 |
| 28 | Indy Mac Bank | 4110-000 | N/A | 129,543.08 | 0.00 | 0.00 |
| 30 | COOK COUNTY TREASURER'S OFFICE | 4110-000 | N/A | 31,589.49 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $4,464,363.76 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 5,601.63 | 3,990.18 | 3,990.19 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 1,300.00 | 1,300.00 | 926.02 |
| LIBERTY WASTE & RECYCLING SERVICES, INC. | 2420-000 | N/A | 349.50 | 349.50 | 349.50 |
| Village of Palatine | 2420-000 | N/A | 128.47 | 128.47 | 128.47 |
| NicServices, LLC | 2420-000 | N/A | 225.00 | 225.00 | 225.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.82 | 1.82 | 1.82 |
| Nicor Gas | 2420-000 | N/A | 1,303.53 | 1,303.53 | 1,303.53 |
| Village of Palatine | 2420-000 | N/A | 45.93 | 45.93 | 45.93 |
| NicServices,LLC | 2420-000 | N/A | 337.50 | 337.50 | 337.50 |
| NICOR | 2420-000 | N/A | 129.58 | 129.58 | 129.58 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Nicor Gas | 2420-000 | N/A | 562.97 | 562.97 | 562.97 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| NicServices | 2420-000 | N/A | 337.50 | 337.50 | 337.50 |
| NICOR Gas | 2420-000 | N/A | 200.70 | 200.70 | 200.70 |
| Benchmark Environmental Services, Inc. | 2500-000 | N/A | 2,600.00 | 2,600.00 | 2,600.00 |
| Village of Lake Zurich | 2420-000 | N/A | 200.00 | 200.00 | 200.00 |
| ProMaster Restoration, Inc. | 2420-000 | N/A | 13,000.00 | 13,000.00 | 13,000.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 65.00 | 65.00 | 65.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 845.00 | 845.00 | 845.00 |
| Lake County Clerk | 2700-000 | N/A | 22.00 | 22.00 | 22.00 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Nicor Gas | 2420-000 | N/A | 125.18 | 125.18 | 125.18 |
| ProMaster Restoration, Inc. | 2420-000 | N/A | 8,500.00 | 8,500.00 | 8,500.00 |
| ProMaster Restoration, Inc. | 2420-000 | N/A | 3,942.91 | 3,942.91 | 3,942.91 |
| Franco Lawn Care, LLC | 2420-000 | N/A | 200.00 | 200.00 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 130.00 | 130.00 | 130.00 |
| ProMaster Restoration, Inc. | 2420-000 | N/A | 3,710.14 | 3,710.14 | 3,710.14 |
| NICOR | 2420-000 | N/A | 51.78 | 51.78 | 51.78 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 260.00 | 260.00 | 260.00 |
| Nicor Gas | 2420-000 | N/A | 12.42 | 12.42 | 12.42 |
| Village of Lake Zurich | 2420-000 | N/A | 400.00 | 400.00 | 400.00 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Village of Lake Zurich | 2420-000 | N/A | 200.00 | 200.00 | 200.00 |
| Nicor Gas | 2420-000 | N/A | 24.89 | 24.89 | 24.89 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 167.40 | 167.40 | 167.40 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 130.00 | 130.00 | 130.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 224.15 | 224.15 | 224.15 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 130.00 | 130.00 | 130.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 398.11 | 398.11 | 398.11 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 1,146.37 | 1,146.37 | 1,146.37 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Village of Lake Zurich | 2420-000 | N/A | 200.00 | 200.00 | 200.00 |
| Nicor Gas | 2420-000 | N/A | 27.44 | 27.44 | 27.44 |
| NICOR Gas | 2420-000 | N/A | 1,861.24 | 1,861.24 | 1,861.24 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 325.00 | 325.00 | 325.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 325.00 | 325.00 | 325.00 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 153.10 | 153.10 | 153.10 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 142.65 | 142.65 | 142.65 |
| Village of Palatine | 2420-000 | N/A | 23.30 | 23.30 | 23.30 |
| Colliers Real Estate Management Services, LLC | 2420-000 | N/A | 157.50 | 157.50 | 157.50 |
| Village of Lake Zurich | 2420-000 | N/A | 127.85 | 127.85 | 127.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.01 | 5.01 | 5.01 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.33 | 4.33 | 4.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 50,501.70 | 48,890.25 | 48,516.28 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 32,573.21 | 32,573.21 | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 5,262.22 | 5,262.22 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 2,981.80 | 2,981.80 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,081.47 | 6,081.47 | 0.00 |
| 5 | Wells Fargo Bank | 7100-000 | N/A | 3,034.51 | 3,034.51 | 0.00 |
| 6 | Wells Fargo Bank | 7100-000 | N/A | 48,482.08 | 48,482.08 | 0.00 |
| 8 -2 | Systems & Services Technologies, Inc. | 7100-000 | N/A | 17,661.04 | 17,661.04 | 0.00 |
| 9 | Chase Bank USA, NA | 7100-000 | N/A | 3,660.43 | 3,660.43 | 0.00 |
| 10 | FIA Card Services NA | 7100-000 | N/A | 30,297.49 | 30,297.49 | 0.00 |
| 11 | FIA Card Services NA | 7100-000 | N/A | 3,276.87 | 3,276.87 | 0.00 |
| 12 | CHASE BANK USA | 7100-000 | N/A | 15,674.76 | 15,674.76 | 0.00 |
| 13 | CHASE BANK USA | 7100-000 | N/A | 14,659.11 | 14,659.11 | 0.00 |
| 14 | CHASE BANK USA | 7100-000 | N/A | 8,049.83 | 8,049.83 | 0.00 |
| 15 | CHASE BANK USA | 7100-000 | N/A | 509.21 | 509.21 | 0.00 |
| 16 | Bank of America NA | 7100-000 | N/A | 13,402.78 | 13,402.78 | 0.00 |
| 17 | US Bank NA | 7100-000 | N/A | 20,871.38 | 20,871.38 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| 19 |    | American Express Bank FSB | 7100-000 | N/A | 3,560.81 | 3,560.81 | 0.00 |
|----|----|---------------------------|----------|-----|----------|----------|------|
| 20 | -2 | American Express Centurion Bank | 7100-000 | N/A | 2,046.86 | 2,046.86 | 0.00 |
| 21 |    | American Express Bank FSB | 7100-000 | N/A | 13,766.46 | 13,766.46 | 0.00 |
| 22 | -2 | American Express Centurion Bank | 7100-000 | N/A | 16,267.89 | 16,267.89 | 0.00 |
| 23 |    | American Express Centurion Bank | 7100-000 | N/A | 36,393.22 | 36,393.22 | 0.00 |
| 24 |    | Fifth Third Bank | 7100-000 | N/A | 604,270.20 | 604,270.20 | 0.00 |
| 26 |    | Recovery Management Systems Corporation | 7100-000 | N/A | 636.57 | 636.57 | 0.00 |
| 31 |    | Roundup Funding, LLC | 7100-000 | N/A | 154.38 | 154.38 | 0.00 |
| 32 |    | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 8,108.72 | 8,108.72 | 0.00 |
| 33 |    | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 32,306.78 | 32,306.78 | 0.00 |
| 34 |    | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 26,303.61 | 26,303.61 | 0.00 |
| 35 |    | Quality Craft, Inc. | 7100-000 | N/A | 25,335.33 | 25,335.33 | 0.00 |

| **TOTAL GENERAL UNSECURED CLAIMS** | | | | 0.00 | 995,629.02 | 995,629.02 | 0.00 |
|----|

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 08-14500 | **Trustee:** (520191)   KAREN R. GOODMAN |
| **Case Name:** PATHMANN, STEVEN M. | **Filed (f) or Converted (c):** 11/19/08 (c) |
| PATHMANN, LYNN E. | **§341(a) Meeting Date:** 01/06/09 |
| **Period Ending:** 10/26/11 | **Claims Bar Date:** 12/18/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1 | 520 West Main Street (Route 22) Beneficial inter | 3,000,000.00 | 292,776.40 | | 9,240.00 | FA |
| 2 | 254 N. Northwest, Palatine, IL 60067 trust | 2,100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 108 Stonemarsh, N. Barrington, IL 60010 trust | 1,700,000.00 | 602,760.00 | | 0.00 | FA |
| 4 | 127 Cranberry, Lake Barrington, IL 60010 | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | 222 Brett Circle, Unit C, Wauconda, IL 60084, (d<br>   Abandoned per Court Order. | 125,000.00 | 5,006.00 | | 0.00 | FA |
| 6 | CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Midwest Bank, checking account #303555 | 955.72 | 0.00 | | 0.00 | FA |
| 8 | 2 leather couches, 1 leather lazy boy recliner, | 25,000.00 | 18,155.72 | | 0.00 | FA |
| 9 | original Norman Rockwell painting, Sassone paint | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | 3 necklaces, 1 Rado watch, 6 quality watches, we | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12 | 2 cameras, 2 sets of golf clubs. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 13 | homeowners' insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14 | health insurance through employer | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 100% ownership of Pathmann Paint Corp. | Unknown | 0.00 | | 0.00 | FA |
| 16 | 100% ownership Vermilion Beach Corporation | Unknown | 0.00 | | 0.00 | FA |
| 17 | judgment entered April 29, 2008 against Louis Ma | 212,677.50 | 212,677.50 | | 0.00 | FA |
| 18 | Monies due from Pathmann Paint Corp. This claim | 1,527,317.70 | 1,527,317.70 | | 0.00 | FA |
| 19 | 2004 Lincoln Aviator | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 20 | 24' Mobile home | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 21 | (2) John Deere tractors | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 22 | First American Bank 35 North Rand Road Lake Zuri<br>   (u) | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 23 | life insurance policy-Genworth, policy number 14 | Unknown | 0.00 | | 0.00 | FA |
| 24 | life insurance-AXA Equitable, policy number 4923 | Unknown | 0.00 | | 0.00 | FA |
| 25 | life insurance-Fort Dearborn Life Insurance Co. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | State Farm Life Insurance, policy # LF11013925 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Page: 2

**Case Number:** 08-14500

**Case Name:** PATHMANN, STEVEN M.
PATHMANN, LYNN E.

**Period Ending:** 10/26/11

**Trustee:**      (520191)     KAREN R. GOODMAN

**Filed (f) or Converted (c):** 11/19/08 (c)

**§341(a) Meeting Date:** 01/06/09

**Claims Bar Date:** 12/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | State Farm Life Insurance policy # LF11013932 | 0.00 | 0.00 | | 0.00 | FA |
| 28 | State Farm Life Insurance policy # LF11013120 | 0.00 | 0.00 | | 2,222.82 | FA |
| 29 | Insurance proceeds for 108 Stone Marsh  (u)<br>   Funds from claim to post-conversion water damage<br>   to 108 Stone Marsh | Unknown | Unknown | | 29,153.05 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.49 | Unknown |
| 30 | **Assets    Totals** (Excluding unknown values) | **$9,731,650.92** | **$2,691,893.32** | | **$42,820.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

    File Motion to Waive TFR.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009     **Current Projected Date Of Final Report (TFR):**     March 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-14500 |
| Case Name: | PATHMANN, STEVEN M. |
| | PATHMANN, LYNN E. |
| Taxpayer ID #: | **-***9984 |
| Period Ending: | 10/26/11 |

| | |
|---|---|
| Trustee: | KAREN R. GOODMAN (520191) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****20-65 - Money Market Account |
| Blanket Bond: | $61,494,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/08 | | Cilantro Mexican Restaurant, Inc. | Dec '08 Rent for Chicago Beef and Dog less $1950 for furnance installation | 1122-000 | 545.00 | | 545.00 |
| 01/14/09 | 1001 | LIBERTY WASTE & RECYCLING SERVICES, INC. | REMOVAL OF DUMPSTER FROM 108 STONEMARSH | 2420-000 | | 349.50 | 195.50 |
| 01/28/09 | 1002 | Village of Palatine | Sewer and Water Bill | 2420-000 | | 128.47 | 67.03 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 67.04 |
| 04/01/09 | 1003 | Village of Palatine | Sewer and Water Bill Voided on 04/01/09 | 2420-000 | | 23.30 | 43.74 |
| 04/01/09 | 1003 | Village of Palatine | Sewer and Water Bill Voided: check issued on 04/01/09 | 2420-000 | | -23.30 | 67.04 |
| 04/02/09 | {19} | Matthew Gurnkowski | Payment for 2003 Lincoln Aviator sold to Lynn E. Pathmann per court order dated 4/2/09 | 1129-000 | 2,200.00 | | 2,267.04 |
| 04/07/09 | | From Account #********2066 | FUNDS TRANSFER | 9999-000 | 2,060.37 | | 4,327.41 |
| 04/07/09 | | Reverse Transaction | Reverse transaction | 9999-000 | -2,060.37 | | 2,267.04 |
| 04/08/09 | | From Account #********2066 | FUNDS TRANSFER | 9999-000 | 2,060.37 | | 4,327.41 |
| 04/16/09 | {1} | Cilantro Mexican Restaurant | Rent for Chicago Beef & Dog (3/09) | 1122-000 | 2,495.00 | | 6,822.41 |
| 04/23/09 | | To Account #********2066 | FUNDS TRANSFER | 9999-000 | | 3,000.00 | 3,822.41 |
| 04/23/09 | 1004 | Village of Palatine | Water and Sewer Charges Voided on 04/23/09 | 2420-000 | | ! 23.30 | 3,799.11 |
| 04/23/09 | 1004 | Village of Palatine | Water and Sewer Charges Voided: check issued on 04/23/09 | 2420-000 | | ! -23.30 | 3,822.41 |
| 04/27/09 | 1005 | Benchmark Environmental Services, Inc. | Payment of Invoice Nos. 09189 and 09190 for Phase I reports for the Palatine and Lake Zurich properties. | 2500-000 | | 2,600.00 | 1,222.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 1,222.54 |
| 05/14/09 | {1} | Cilantro Mexican Restaurant Inc. | Partial payment of April '09 rent. | 1122-000 | 1,000.00 | | 2,222.54 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,222.61 |
| 06/09/09 | {1} | Cilantro Mexican Restaurant Inc. | Partial payment of April Rent | 1122-000 | 1,000.00 | | 3,222.61 |
| 06/29/09 | {1} | Cilantro Mexican Restaurant Inc. | Completion of 4/09 rent; partial payment of May rent ($505) | 1122-000 | 1,000.00 | | 4,222.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 4,222.73 |
| 07/16/09 | | To Account #********2066 | FUNDS TRANSFER | 9999-000 | | 100.00 | 4,122.73 |
| 07/30/09 | | Cilantro Mexican Restaurant Inc. | Partial payment of May rent | 1122-000 | 1,000.00 | | 5,122.73 |
| 07/30/09 | | To Account #********2066 | FUNDS TRANSFER | 9999-000 | | 400.00 | 4,722.73 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,722.90 |
| 08/04/09 | | Cilantro Mexican Restaurant Inc. | Balance of May rent - partial payment of June rent | 1122-000 | 1,000.00 | | 5,722.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,723.12 |

Subtotals :    $12,301.09    $6,577.97

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 10/26/2011 10:13 AM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-14500 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** PATHMANN, STEVEN M. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| PATHMANN, LYNN E. | **Account:** ***-*****20-65 - Money Market Account |
| **Taxpayer ID #:** **-***9984 | **Blanket Bond:** $61,494,000.00 (per case limit) |
| **Period Ending:** 10/26/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/09 | 1006 | NICOR Gas | Past Due Payment for 520 W Route 22, Lake Zurich | 2420-000 | | 1,861.24 | 3,861.88 |
| 09/29/09 | | To Account #********2066 | FUNDS TRANSFER | 9999-000 | | 400.00 | 3,461.88 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 3,462.07 |
| 10/19/09 | | Midwest Bank and Trust Company | Reimbursement of $127.85 to Village of Lake Zurich for water/sewer and $328.02 incurred by Estate in excess of Bank's cash collateral | 1290-000 | 455.92 | | 3,917.99 |
| 10/20/09 | | Cilantro Mexican Restaurant Inc. | Partial payment of June rent | 1122-000 | 500.00 | | 4,417.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,418.14 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,418.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,418.50 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,418.67 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,418.83 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,419.02 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 4,419.13 |
| 04/20/10 | | Wire out to BNYM account 9200******2065 | Wire out to BNYM account 9200******2065 | 9999-000 | -4,419.13 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,839.21 | 8,839.21 | $0.00 |
| Less: Bank Transfers | -2,358.76 | 3,900.00 | |
| **Subtotal** | 11,197.97 | 4,939.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,197.97** | **$4,939.21** | |

Printed: 10/26/2011 10:13 AM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-14500 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** PATHMANN, STEVEN M. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| PATHMANN, LYNN E. | **Account:** ***-*****20-66 - Checking Account |
| **Taxpayer ID #:** **-***9984 | **Blanket Bond:** $61,494,000.00 (per case limit) |
| **Period Ending:** 10/26/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/09 | | CILATRO MEXICAN RESTAURANT INC. | JANUARY'S RENT | 1122-000 | 2,195.00 | | 2,195.00 |
| 02/06/09 | 101 | NicServices, LLC | SNOW REMOVAL LAKE ZURICH (1/14/09) | 2420-000 | | 225.00 | 1,970.00 |
| 02/06/09 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-14500, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 1.82 | 1,968.18 |
| 02/10/09 | 103 | LAKE COUNTY CLERK | FEE FOR DEATH CERTIFICATE OF STEVEN M. PATHMANN<br>Stopped on 02/25/09 | 2700-000 | | 22.00 | 1,946.18 |
| 02/12/09 | 104 | Nicor Gas | NICOR GAS BILL FOR 1/16/09-2/2/09 FOR 108 STONE MARSH LANE, TIMBER LAKE | 2420-000 | | 1,303.53 | 642.65 |
| 02/25/09 | 103 | LAKE COUNTY CLERK | FEE FOR DEATH CERTIFICATE OF STEVEN M. PATHMANN<br>Stopped: check issued on 02/10/09 | 2700-000 | | -22.00 | 664.65 |
| 03/02/09 | {1} | Cilantro Mexican Restaurant Inc. | Rent for Chicago Beef and Dog @ Lake Zurich property (2/09) | 1110-000 | 2,495.00 | | 3,159.65 |
| 03/03/09 | 105 | Village of Palatine | Sewer and Water Bill | 2420-000 | | 45.93 | 3,113.72 |
| 03/03/09 | 106 | NicServices,LLC | Snow Removal Services for 2/14 and 2/21/09 | 2420-000 | | 337.50 | 2,776.22 |
| 03/11/09 | 107 | NICOR | Bill for services 1/28/09 - 3/4/09 for 254 N. Northwest Highway, Palatine | 2420-000 | | 129.58 | 2,646.64 |
| 04/01/09 | 108 | Village of Palatine | Water and Sewer | 2420-000 | | 23.30 | 2,623.34 |
| 04/07/09 | | Reverse transaction | Reverse transaction | 9999-000 | | -2,060.37 | 4,683.71 |
| 04/07/09 | | To Account #*******2065 | FUNDS TRANSFER | 9999-000 | | 2,060.37 | 2,623.34 |
| 04/07/09 | 109 | Nicor Gas | Gas bill for period 2/2/09 - 3/18/09 for 108 Stone Marsh Lane | 2420-000 | | 562.97 | 2,060.37 |
| 04/08/09 | | To Account #*******2065 | FUNDS TRANSFER | 9999-000 | | 2,060.37 | 0.00 |
| 04/23/09 | | From Account #*******2065 | FUNDS TRANSFER | 9999-000 | 3,000.00 | | 3,000.00 |
| 04/23/09 | 110 | McServices, LLC | Snow Removal serves at Lake Zurich property 3/2 and 3/29/09<br>Voided on 04/23/09 | 2420-000 | | 337.50 | 2,662.50 |
| 04/23/09 | 110 | McServices, LLC | Snow Removal serves at Lake Zurich property 3/2 and 3/29/09<br>Voided: check issued on 04/23/09 | 2420-000 | | -337.50 | 3,000.00 |
| 04/23/09 | 111 | Village of Palatine | Water and Sewer fees for 245 N. Northwest Highway | 2420-000 | | 23.30 | 2,976.70 |
| 04/23/09 | 112 | NicServices | Snow removal at Lake Zurich property 3/2 and 3/29/09 | 2420-000 | | 337.50 | 2,639.20 |
| 04/27/09 | 113 | NICOR Gas | Gas bill for period 3/10 - 4/20/09 for 108 Stone | 2420-000 | | 200.70 | 2,438.50 |

| | | | Subtotals : | | $7,690.00 | $5,251.50 | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-14500 | |
| Case Name: | PATHMANN, STEVEN M. | |
| | PATHMANN, LYNN E. | |
| Taxpayer ID #: | **-***9984 | |
| Period Ending: | 10/26/11 | |

| | |
|---|---|
| Trustee: | KAREN R. GOODMAN (520191) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****20-66 - Checking Account |
| Blanket Bond: | $61,494,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Marsh Lane | | | | |
| 05/05/09 | 114 | Village of Lake Zurich | Water/Sewer Bill - 1st Payment Due per Extension Agreement | 2420-000 | | 200.00 | 2,238.50 |
| 05/14/09 | 115 | Colliers Real Estate Management Services, LLC | Invoice dated 5/7/09 for property management for Palatine store | 2420-000 | | 65.00 | 2,173.50 |
| 05/14/09 | 116 | Colliers Real Estate Management Services, LLC | Invoice Dated 4/24/09 for property management for Lake Zurich store | 2420-000 | | 845.00 | 1,328.50 |
| 05/19/09 | 117 | Lake County Clerk | Fee for Steven M. Pathmann Death Certificate | 2700-000 | | 22.00 | 1,306.50 |
| 05/28/09 | 118 | Village of Palatine | Water/Sewer for 254 N. Northwest Highway | 2420-000 | | 23.30 | 1,283.20 |
| 05/28/09 | 119 | Nicor Gas | Gas bill for period 4/20-5/18/2009 for Stone Marsh | 2420-000 | | 125.18 | 1,158.02 |
| 06/16/09 | 120 | Franco Lawn Care, LLC | Lawn service (mowing only) at 108 Stone Marsh Lane, Barrington, IL | 2420-000 | | 200.00 | 958.02 |
| 06/22/09 | 121 | Village of Palatine | Water/Sewer for 254 N. Northwest Highway | 2420-000 | | 23.30 | 934.72 |
| 06/22/09 | 122 | Colliers Real Estate Management Services, LLC | Invoices dated 6/8/09 for bi-weekly inspection for Palatine and Lake Zurich | 2420-000 | | 130.00 | 804.72 |
| 06/25/09 | | From Account #*******2067 | FUNDS TRANSFER | 9999-000 | 0.97 | | 805.69 |
| 06/29/09 | 123 | NICOR | Re 108 Stone Marsh: 5/18-6/18 (actual) and final 6/18- 6/23 (estimated) Voided on 06/29/09 | 2420-000 | | 90.87 | 714.82 |
| 06/29/09 | 123 | NICOR | Re 108 Stone Marsh: 5/18-6/18 (actual) and final 6/18- 6/23 (estimated) Voided: check issued on 06/29/09 | 2420-000 | | -90.87 | 805.69 |
| 06/29/09 | 124 | NICOR | 108 Stone Marsh: 5/18-6/18 (actual) + final: 6/18-6/23 (estimated) | 2420-000 | | 51.78 | 753.91 |
| 07/09/09 | 125 | Colliers Real Estate Management Services, LLC | Invoices dated 7/5/09 and 7/2/09 for grass cutting and weed removal per city violation for Palatine and Lake Zurich | 2420-000 | | 260.00 | 493.91 |
| 07/16/09 | | From Account #*******2065 | FUNDS TRANSFER | 9999-000 | 100.00 | | 593.91 |
| 07/16/09 | 126 | Nicor Gas | Services for period 6/03-7/06/2009 for 254 N. Northwest Highway | 2420-000 | | 12.42 | 581.49 |
| 07/16/09 | 127 | Village of Lake Zurich | Water/Sewer Bill - 2nd & 3rd payments pursuant to payment extension agreement | 2420-000 | | 400.00 | 181.49 |
| 07/20/09 | 128 | Village of Palatine | Water/Sewer for 254 N. Northwest Highway | 2420-000 | | 23.30 | 158.19 |
| 07/30/09 | | From Account #*******2065 | FUNDS TRANSFER | 9999-000 | 400.00 | | 558.19 |
| 07/30/09 | 129 | Village of Lake Zurich | Water/Sewer Bill - 4th payment pursuant to payment extension agreement | 2420-000 | | 200.00 | 358.19 |
| 08/10/09 | {28} | State Farm Life Insurance Co. | Cash surrender value of State Farm Life Ins. Policy No. LF11013120 | 1129-000 | 2,222.82 | | 2,581.01 |

Subtotals :   $2,723.79      $2,581.28

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-14500 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | PATHMANN, STEVEN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PATHMANN, LYNN E. | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | **-***9984 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/09 | 130 | Nicor Gas | Services for period 07/07 to 08/04/2009 for 254 N. Northwest Highway | 2420-000 | | 24.89 | 2,556.12 |
| 08/21/09 | 131 | Colliers Real Estate Management Services, LLC | Invoice Nos. 018704 (7/15), 72609PYRL9891b (7/30), 019364 (7/31) and 08909PYRL9891b (8/13) for Bi-weekly Property Inspection and mileage for 254 Northwest Highway, Palatine | 2420-000 | | 167.40 | 2,388.72 |
| 08/21/09 | 132 | Colliers Real Estate Management Services, LLC | Invoice Nos. 72609PYRL9891a (7/30) and 080909PYRL9891a (8/13) for Grass Cutting and weed removal per city violation for 254 Northwest Highway, Palatine | 2420-000 | | 130.00 | 2,258.72 |
| 08/21/09 | 133 | Colliers Real Estate Management Services, LLC | Invoice Nos. 41909PYRL9890 (4/29), 018703 (7/15), 019363 (7/31), 72609PYRL9890b (8/5) and 80909PYRL9890b (8/13) for Bi-weekly Property Inspection and mileage for 520 Main Street, Lake Zurich | 2420-000 | | 224.15 | 2,034.57 |
| 08/21/09 | 134 | Colliers Real Estate Management Services, LLC | Invoice Nos. 72609PYRL9890a (8/5) and 80909PYRL9890a (8/13) for Grass cutting and weed removal per the city violation for 520 Main Street, Lake Zurich | 2420-000 | | 130.00 | 1,904.57 |
| 08/21/09 | 135 | Colliers Real Estate Management Services, LLC | Invoice No. 019917 (dated 8/14) for Materials purchased at Menards for 520 Main Street, Lake Zurich | 2420-000 | | 398.11 | 1,506.46 |
| 08/21/09 | 136 | Colliers Real Estate Management Services, LLC | 7 invoices for services at Lake Zurich store per letter dated 7/24/09 | 2420-000 | | 1,146.37 | 360.09 |
| 08/27/09 | 137 | Village of Palatine | Water/Sewer for 254 N. Northwest Highway (Period: 6/24 - 7/24) | 2420-000 | | 23.30 | 336.79 |
| 09/02/09 | 138 | Village of Lake Zurich | Water/Sewer Bill - 5th payment pursuant to payment extension agreement | 2420-000 | | 200.00 | 136.79 |
| 09/15/09 | 139 | Nicor Gas | Services for period 08/04 to 09/03/2009 for 254 N. Northwest Highway | 2420-000 | | 27.44 | 109.35 |
| 09/16/09 | {1} | Cilantro Mexican Restaurant Inc. | Partial payment of rent for Chicago Beef & Dog ($1,235 bal remaining due for June) | 1122-000 | 1,250.00 | | 1,359.35 |
| 09/21/09 | 140 | Colliers Real Estate Management Services, LLC | Invoice No. 909RPT09891 - Property Assessment Report - Palatine | 2420-000 | | 325.00 | 1,034.35 |
| 09/21/09 | 141 | Colliers Real Estate Management Services, LLC | Invoice No. 909RPT09890 - Property Assessment Report - Lake Zurich | 2420-000 | | 325.00 | 709.35 |
| 09/21/09 | 142 | Colliers Real Estate Management Services, LLC | Invoice Nos. 82309PYRL9890a, 82309PYRL9890b and 020608 - Lake Zurich | 2420-000 | | 153.10 | 556.25 |
| 09/21/09 | 143 | Colliers Real Estate Management Services, LLC | Invoice Nos. 82309PYRL9891a, 82309PYRL9891b and 020609 - Palatine | 2420-000 | | 142.65 | 413.60 |

Subtotals :          $1,250.00     $3,417.41

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-14500 | **Trustee:** KAREN R. GOODMAN (520191) |
| **Case Name:** PATHMANN, STEVEN M. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| PATHMANN, LYNN E. | **Account:** ***-*****20-66 - Checking Account |
| **Taxpayer ID #:** **-***9984 | **Blanket Bond:** $61,494,000.00 (per case limit) |
| **Period Ending:** 10/26/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/09 | 144 | Village of Palatine | Water/Sewer for 254 N. Northwest Highway<br>(Period: 7/24 - 8/21) | 2420-000 | | 23.30 | 390.30 |
| 09/21/09 | 145 | Colliers Real Estate Management<br>Services, LLC | Invoice Nos. 51709PRYL9891,<br>61409PYRL9891 and 018704 - Palatine | 2420-000 | | 157.50 | 232.80 |
| 09/29/09 | | From Account #********2065 | FUNDS TRANSFER | 9999-000 | 400.00 | | 632.80 |
| 10/02/09 | 146 | Village of Lake Zurich | Water/Sewer Bill - Final payment pursuant to<br>payment extension agreement | 2420-000 | | 127.85 | 504.95 |
| 02/04/10 | 147 | LIBERT MUTUAL INSURANCE<br>COMPANY | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/04/2010 FOR CASE<br>#08-14500, Bond Premium Payment on Bank<br>Balance as of 02/04/2010, Blanket bond II<br>Voided on 02/04/10 | 2300-000 | | 5.01 | 499.94 |
| 02/04/10 | 147 | LIBERT MUTUAL INSURANCE<br>COMPANY | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/04/2010 FOR CASE<br>#08-14500, Bond Premium Payment on Bank<br>Balance as of 02/04/2010, Blanket bond II<br>Voided: check issued on 02/04/10 | 2300-000 | | -5.01 | 504.95 |
| 02/04/10 | 148 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/04/2010 FOR CASE<br>#08-14500, Bond #016026455 | 2300-000 | | 5.01 | 499.94 |
| 04/20/10 | | Wire out to BNYM account<br>9200******2066 | Wire out to BNYM account 9200******2066 | 9999-000 | -499.94 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,563.85 | 11,563.85 | $0.00 |
| Less: Bank Transfers | 3,401.03 | 2,060.37 | |
| **Subtotal** | 8,162.82 | 9,503.48 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,162.82** | **$9,503.48** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 08-14500 | Trustee: KAREN R. GOODMAN (520191) |
| Case Name: PATHMANN, STEVEN M. | Bank Name: JPMORGAN CHASE BANK, N.A. |
| PATHMANN, LYNN E. | Account: ***.*****20-67 - Money Market Account |
| Taxpayer ID #: **-***9984 | Blanket Bond: $61,494,000.00 (per case limit) |
| Period Ending: 10/26/11 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/09 | {29} | Farmers Insurance Exchange | Insurance proceeds from claim for water damage to 108 Stone Marsh | 1290-000 | 443.05 | | 443.05 |
| 04/20/09 | {29} | Farmers Insurance Exchange | Insurance proceeds from claim for water damage to 108 Stone Marsh | 1290-000 | 3,090.83 | | 3,533.88 |
| 04/20/09 | {29} | Farmers Insurance Exchange | Insurance Proceeds from claim for water damage to 108 Stone Marsh | 1290-000 | 21,909.03 | | 25,442.91 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 25,443.18 |
| 05/13/09 | 1001 | ProMaster Restoration, Inc. | Deposit on restoration and reconstruction work at 108 Stone Marsh per Court Order dated 5/13/09 | 2420-000 | | 13,000.00 | 12,443.18 |
| 05/28/09 | 1002 | ProMaster Restoration, Inc. | 2nd draw for restoration and reconstruction work at 108 Stone Marsh per Court Order dated 5/13/09 | 2420-000 | | 8,500.00 | 3,943.18 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 3,943.88 |
| 06/10/09 | 1003 | ProMaster Restoration, Inc. | 3rd draw for restoration and reconstruction work at 108 Stone Marsh per Court Order dated 5/13/09 | 2420-000 | | 3,942.91 | 0.97 |
| 06/16/09 | {29} | Farmers Insurance Exchange | Insurance proceeds for water damage at 108 Stone Marsh | 1290-000 | 3,710.14 | | 3,711.11 |
| 06/25/09 | | To Account #********2066 | FUNDS TRANSFER | 9999-000 | | 0.97 | 3,710.14 |
| 06/25/09 | 1004 | ProMaster Restoration, Inc. | Supplemental draw for restoration and reconstruction work at 108 Stone Marsh per Court Order dated 5/13/09 | 2420-000 | | 3,710.14 | 0.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 0.12 |
| 04/20/10 | | Wire out to BNYM account 9200******2067 | Wire out to BNYM account 9200******2067 | 9999-000 | -0.12 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 29,154.02 | 29,154.02 | $0.00 |
| Less: Bank Transfers | -0.12 | 0.97 | |
| Subtotal | 29,154.14 | 29,153.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $29,154.14 | $29,153.05 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-14500 | |
| **Case Name:** PATHMANN, STEVEN M. | |
| PATHMANN, LYNN E. | |
| **Taxpayer ID #:** **-***9984 | |
| **Period Ending:** 10/26/11 | |

| | |
|---|---|
| **Trustee:** | KAREN R. GOODMAN (520191) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****20-65 - Money Market Account |
| **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | Wire in from JPMorgan Chase Bank, N.A. account ********2065 | 9999-000 | 4,419.13 | | 4,419.13 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 4,419.22 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,419.48 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,419.74 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,420.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 4,420.26 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.29 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.32 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.38 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,420.47 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 4,420.48 |
| 04/13/11 | | To Account #9200******2066 | FUNDS TRANSFER | 9999-000 | | 4,420.48 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,420.48 | 4,420.48 | $0.00 |
| Less: Bank Transfers | 4,419.13 | 4,420.48 | |
| **Subtotal** | 1.35 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1.35 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-14500 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | PATHMANN, STEVEN M. | | Bank Name: | The Bank of New York Mellon |
| | PATHMANN, LYNN E. | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***9984 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******2066 | Wire in from JPMorgan Chase Bank, N.A. account *******2066 | 9999-000 | 499.94 | | 499.94 |
| 02/08/11 | 10149 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #08-14500, Bond #016026455 | 2300-000 | | 4.33 | 495.61 |
| 04/13/11 | | From Account #9200******2065 | FUNDS TRANSFER | 9999-000 | 4,420.48 | | 4,916.09 |
| 04/13/11 | | From Account #9200******2067 | FUNDS TRANSFER | 9999-000 | 0.12 | | 4,916.21 |
| 04/13/11 | 10150 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED APRIL 5, 2011 | 2100-000 | | 3,990.19 | 926.02 |
| 04/13/11 | 10151 | OFFICE OF THE UNITED STATES TRUSTEE | PAYMENT PER COURT ORDER DATED APRIL 5, 2011 | 2950-000 | | 926.02 | 0.00 |

|  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,920.54 | 4,920.54 | $0.00 |
| Less: Bank Transfers | 4,920.54 | 0.00 | |
| **Subtotal** | 0.00 | 4,920.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,920.54 | |

{} Asset reference(s)

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| Case Number: | 08-14500 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | PATHMANN, STEVEN M. | | Bank Name: | The Bank of New York Mellon |
| | PATHMANN, LYNN E. | | Account: | 9200-******20-67 - Money Market Account |
| Taxpayer ID #: | **-***9984 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 10/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account ********2067 | Wire in from JPMorgan Chase Bank, N.A.<br>account ********2067 | 9999-000 | 0.12 | | 0.12 |
| 04/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 0.12 |
| 04/13/11 | | To Account #9200******2066 | FUNDS TRANSFER | 9999-000 | | 0.12 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.12 | 0.12 | $0.00 |
| Less: Bank Transfers | | 0.12 | 0.12 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****20-65 | 11,197.97 | 4,939.21 | 0.00 |
| Checking # ***-*****20-66 | 8,162.82 | 9,503.48 | 0.00 |
| MMA # ***-*****20-67 | 29,154.14 | 29,153.05 | 0.00 |
| MMA # 9200-*****20-65 | 1.35 | 0.00 | 0.00 |
| Checking # 9200-******20-66 | 0.00 | 4,920.54 | 0.00 |
| MMA # 9200-******20-67 | 0.00 | 0.00 | 0.00 |
| | $48,516.28 | $48,516.28 | $0.00 |

Asset reference(s)